BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff Wrist Worldwide Trading GMBH
114 Maple Avenue
Red Bank, New Jersey 07701
732-530-4646
Ronald Betancourt (RB5838)
Todd P. Kenyon (TK7654)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Wrist Worldwide Trading GMBH

        Plaintiff,

-v-

M/V AUTO BANNER, her engines, tackle, boilers, permits, appurtenances, etc., in rem, and STX Pan Ocean Co. Ltd,

        Defendants.

Civ. Action No.

10-2326 (PGS)

### ORDER OF ISSUANCE OF ARREST IN REM

Upon reading the Verified Complaint for issuance of a warrant of arrest, in rem, pursuant to Supplemental Admiralty Rule C, the Court finds the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant of arrest against the vessel MV AUTO BANNER appear to exist, it is on this 7 day of May, 2010 by the United States District Court for the District of New Jersey:

**ORDERED**, that the clerk shall issue a warrant of arrest of the MV AUTO BANNER, her engines, boilers, etc. as prayed for in the Verified Complaint; and it is further

**ORDERED**, that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED**, that the Plaintiff shall pay all reasonable overtime charges of the U.S. Marshall furnished in execution of this arrest; and it is further

**ORDERED**, that the Plaintiff, in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the

United States of American, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the Property, from the date of the transfer of the Property; and if is further

**ORDERED,** that so long as the Vessel is under arrest she may not move or leave the waters of this District without the prior approval of this Court, buy may move to another berth or anchorage located within this District with notice to Plaintiff's counsel, and it is further

**ORDERED,** the Vessel may discharge or load cargo while she is under arrest, and it is further

**ORDERED,** that a copy of this Order be attached to and served with the said warrant of arrest.

Dated: May 7, 2010

_____
U.S.D.J.

Ordered that the representatives of M/V Auto Banner may apply for relief from this Order at any time

Ordered that the Clerk shall communicate a telephone number to the parties ~~for~~ (PGS) ~~the parties~~ to contact the District Court during non-working hours

Peter M Sheridan, USDJ